No. 481. GREAT NORTHERN RAILWAY COMPANY *v.* VIVIAN H. STEINKE ET AL. November 7, 1921. Petition for a writ of certiorari to the Supreme Court of the State of

North Dakota granted. *Mr. M. L. Countryman* and *Mr. C. J. Murphy* for petitioner. *Mr. William G. Owens* for respondents.